# United States Court of Appeals
# for the Fifth Circuit

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
June 3, 2025

Lyle W. Cayce
Clerk

No. 24-30761
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Marcus J. Ross,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:24-CR-91-1

———————————————————————

Before Jolly, Jones, and Willett, *Circuit Judges*.

Per Curiam:[*]

Marcus J. Ross pleaded guilty to possession of a firearm after a felony conviction and was sentenced to 84 months of imprisonment, followed by a three-year term of supervised release. On appeal, he renews his contention that 18 U.S.C. § 922(g)(1) violates the Second Amendment, on its face, under the test set forth in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*,

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30761

597 U.S. 1 (2022). The Government has moved without opposition for summary affirmance or, alternatively, for an extension of time to file its brief.

Ross is correct that his argument is foreclosed. *See United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024), *petition for cert. filed* (U.S. Feb. 18, 2025) (No. 24-6625). Because the Government's position "is clearly right as a matter of law so that there can be no substantial question as to the outcome of the case," summary affirmance is appropriate. *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Accordingly, the motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED. The Government's alternative motion for an extension of time is DENIED.